**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH EX REL. DONALD L.   :   No. 24 MM 2018
SHOUEY, JR.,       :
      :
      Petitioner       :
      :
      v.       :
      :
MARK GARMAN, SUPERINTENDENT,   :

      Respondent


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of April, 2018, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.